1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          DISTRICT OF NEVADA

8                    * * * * *

9    UNITED STATES OF AMERICA,              )
                                            )  Case no.        3:09-cr-113-LRH-(RAM)
10                         Plaintiff,        )                 3:09-cr-114-LRH-(VPC)
     vs.                                    )                 3:09-cr-116-LRH-(RAM)
11                                           )
     SALVADOR GONZALEZ-PALAFOX aka          )  USM No.         43280-048
12   "Vias" aka Enrique Mercado aka "Villas", )
                                            )                 ORDER
13                         Defendant,        )                 _____
                                            )
14   Date of Original Judgment:   04/27/2011 )  Defendant's Attorney:
     Date of Previous Amended Judgment: N/A )      Nisha Brooks-Whittington
15   _____ )

16          Upon motion of the Defendant and stipulation between the Defendant and the

17   Government for a sentence reduction pursuant to Title 18 U.S.C. § 3582(c)(2) for a reduction in

18   the term of imprisonment imposed based on a guideline sentencing range that has subsequently

19   been lowered and made retroactive by the United States Sentencing Commission pursuant to

20   Title 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy

21   statement set forth at United States Sentencing Guideline ¶ 1B1.10 and the sentencing factors set

22   forth in Title 18 U.S.C. § 3553(a), to the extent they are applicable,

23          IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed

24   sentence of imprisonment of one hundred forty-eight (148) months is reduced to one hundred

25   thirty-two (132) months. This modification shall not become effective until November 1, 2015.

26          Except as otherwise provided, all provisions of the judgment dated April 27, 2011, shall

27   remain in effect.

28          IT IS SO ORDERED.

          DATED this 24th day of August, 2015.

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE